DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DENNIS WALLACE CLARK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D21-2246 and 4D21-2391

[July 14, 2022]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case Nos. 56-2020-CF-000050A and 56-2020-CF-000842A.

Dennis Wallace Clark, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***